IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00534-RJC-SCR

| | |
|---|---|
| THOMAS CRAIG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COMPATTIA ROCCIA ) | |
| MANAGEMENT GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Transfer Venue to the United States District Court for the Western District of New York." (Doc. No. 6), filed December 11, 2023. Defendant has not filed a response and the time for filing a response has long expired. Moreover, Defendant has failed to appear and respond to the Complaint and on November 14, 2023, entry of default was made. (Doc. No. 5).

In support of the Motion, Plaintiff states that he "filed this action in the Western District of North Carolina, Charlotte Division because [he] is a resident of the City of Belmont, Gaston County, State of North Carolina. Plaintiff wishes to consolidate his case with the cases of other similarly situated Plaintiffs located in other districts throughout the country for the convenience of all involved parties." (Doc. No. 6 at 1). He desires to transfer the case to Western District of New York where Defendant is headquartered. Id.

**NOW IT IS THEREFORE ORDERED that**:

1. "Plaintiff's Motion to Transfer Venue to the United States District Court for the Western District of New York" (Doc. No. 6) is **GRANTED**.

2. Plaintiff is directed to serve a copy of this Court's Order on Defendant within 7 days.

3. <u>The Clerk is directed to hold the file in this case for 21 days, which includes 14 days after service of this Order when the parties' right of appeal to the Honorable Robert J. Conrad, Jr. expires. If no party appeals this Order, then the Clerk is directed to transfer this case to the United States District Court for the Western District of New York</u>.

3. The Clerk is further directed to send copies of this Order to counsel for the parties, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: January 12, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge